■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND DAVIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered December 20, 1974, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence. Judgment affirmed (see CPL 470.05, subd 1). Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.